IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

SANDRA K. NORMAN                                                    PLAINTIFF

V.                                                      CAUSE NO.: 4:18-CV-167-SA-JMV

DELTA BUS LINE, JOSEPH HOWARD,
JOHN CROOM, and JOHN BRADFORD                                      DEFENDANTS

ORDER

On December 13, 2018, Plaintiff Sandra Norman filed a Motion to Strike [17] Defendant John Croom's Answer and Affirmative Defenses [16]. Defendant John Croom filed a Response [28], and an unopposed Motion to Amend [37], which was granted by the Magistrate Judge assigned to the case by a Text Order on February 6, 2019. Because the Answer [16] that is the subject of the pending Motion to Strike [17] has now been replaced by the filing of the Amended Answer [38], the Court finds that the Plaintiff's request to strike is now moot.

Thus, the Plaintiff's Motion to Strike [17] is DENIED *without prejudice* as MOOT.

So ORDERED this 19th day of March, 2019.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE